THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Raymond Murray, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-232  
 Submitted April 2, 2012  Filed April 18,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, and Raymond Murray, pro se, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM: Raymond
 Murray appeals the denial of his motion to reopen his 1987 criminal sexual
 conduct case because his plea was involuntary, arguing the trial court erred in
 denying the motion based on lack of jurisdiction.  Additionally, Murray filed a pro se brief.  After a
 thorough review of the record and briefs pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
PIEPER,
 KONDUROS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.